**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JEFFERY MARK STANBACK                                                              PLAINTIFF

V.                                    NO: 3:16CV00058 JLH/PSH

A. CHADWICK *et al*                                                                DEFENDANTS

## ORDER

Plaintiff Jeffery Mark Stanback, who was formerly held at the Craighead County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on February 22, 2016. On March 28, 2016, the Court entered an order denying Stanback's application for leave to proceed *in forma pauperis*, and directing him to file a fully completed application for leave to proceed *in forma pauperis*, or to pay the full $400.00 filing and administrative fees (Doc. No. 4). That same order warned Stanback that his failure to comply within 30 days would result in the recommended dismissal of his complaint. More than 30 days have passed, Stanback has not complied with the order, and mail sent to him at his address of record, including the Court's order, has been returned as undeliverable. However, in his March 21, 2016, application for leave to proceed *in forma pauperis*, Stanback indicated he expected to be released soon, and requested mail be sent to 1814 Apt. A Belt St., Jonesboro, AR 72401 (Doc. No. 3). Accordingly, the Court will send the March 28, 2016, order to Stanback at the address he provided. Stanback is directed to pay the $400.00 filing and administrative fees, or file an application for leave to proceed in *forma pauperis*, no later than 30 days after this order's entry date. Stanback's failure to comply will result in the recommended dismissal of his complaint. The Clerk is directed to send a copy of this order, as well as the Court's March 28, 2016, order (Doc. No. 4) to Stanback at 1814 Apt. A Belt St., Jonesboro, AR 72401.

IT IS SO ORDERED this 11th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE