**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JEFFERY MARK STANBACK                                                                    PLAINTIFF

V.                                          NO: 3:16CV00058 JLH/PSH

A. CHADWICK *et al*                                                                    DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Jeffery Mark Stanback, who was formerly held at the Craighead County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on February 22, 2016.  On March 28, 2016, the Court entered an order denying Stanback's application for leave to proceed *in forma pauperis* ("IFP"), and directing him to file a fully completed IFP application, or to pay the full $400.00 filing and administrative fees (Doc. No. 4).  That same order warned Stanback that his failure to comply within 30 days would result in the recommended dismissal of his complaint.

Stanback did not pay the filing and administrative fees, or file an application for leave to proceed IFP.  However, on May 11, 2016, the Court entered an order noting that Stanback provided

1

an alternate address in his IFP application, and granted him an additional 30 days to pay the fees, or to file a complete IFP application (Doc. No. 8).  That order again warned Stanback that his failure to comply would result in the recommended dismissal of his complaint.  The order, along with the Court's earlier order, was sent to Stanback's address of record, as well as the alternate address he provided in his IFP application.

More than 30 days have passed since the Court's most recent order, and Stanback has not paid the filing fee, filed a complete IFP application, or otherwise responded to the Court's orders.  Under these circumstances, the Court concludes that Stanback's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Stanback's complaint be DISMISSED WITHOUT PREJUDICE for failure pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's orders.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE