## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JEFFERY MARK STANBACK                                                                              PLAINTIFF

v.                                           NO. 3:16CV00058 JLH

A. CHADWICK, *et al.*                                                                             DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 19th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE